UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PILAAR PANTOJA, | ) | |
| | ) | |
| Plaintiff, | ) | No. Click or tap here to enter text. |
| | ) | |
| v. | ) | Judge Click or tap here to enter text. |
| | ) | |
| ANTHONY STACK, | ) | Formerly Case No. 2018 L 011563, |
| | ) | Circuit Court of Cook Count, Illinois |
| Defendant. | ) | |

**NOTICE OF REMOVAL OF A CIVIL ACTION AND
SUBSTITUTION OF THE UNITED STATES OF AMERCIA AS DEFENDANT**

To:  Richard P. Nilson                    Clerk of the Circuit Court
     Attorney for Pilaar Pantoja          of Cook County
     Nilson, Stookal, Gleason & Caputo, Ltd.   Richard J. Daley Center
     205 W. Randolph                      50 West Washington Street
     Suite 440                            Room 802
     Chicago, Illinois 60606              Chicago, Illinois 60602

The United States of America, by its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to § 2679 of the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680, and in support states the following:

1. On October 24, 2018, plaintiff Pilaar Pantoja commenced the above civil action against Anthony Stack, alleging personal injury on account of Stack's negligent operation of a motor vehicle. Copies of all process, pleadings and orders served upon the defendant are attached pursuant to 28 U.S.C. § 1446(a) as Exhibit A.

2. This notice of removal is filed in accordance with 28 U.S.C. § 2679(d)(2) upon certification by the designee of the Attorney General of the United States that defendant Anthony

Stack was an employee acting within the scope of his employment as a federal government employee with respect to the incidents referred to in the complaint. Exhibit B.

3. This notice of removal may be filed without bond at any time before trial. 28 U.S.C. § 2679(d)(2). Trial has not yet been had in this action.

4. Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 28 U.S.C. § 2679, this civil action is deemed an action against the United States, and the United States is substituted as the sole federal party defendant in place of defendant Anthony Stack.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois is properly removed to this court pursuant to 28 U.S.C. § 2679(d), and the United States is substituted as a defendant in place of Anthony Stack.

    Respectfully submitted,

    JOHN R. LAUSCH, Jr.
    United States Attorney

    By: s/ Nigel B. Cooney
        NIGEL B. COONEY
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-1996
        nigel.cooney2@usdoj.gov