IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| PILAAR PANTOJA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 2018 L 011563 |
| | ) | |
| ANTHONY STACK, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
1/24/2019 10:10 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L011563

## NOTICE OF MOTION

TO: Anthony Stack, 1017 Conrad Lane, Shorewood, IL 60404

On **1-30**, 2019, at **9** a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Callahan or any judge sitting in his/her stead, in courtroom 2207 of the **Richard J. Daley Center, Chicago, Illinois**, and shall then and there present the attached **MOTION TO DEFAULT ANTHONY STACK.**

Richard P. Nilson
NILSON, STOOKAL, GLEASON & CAPUTO, LTD.
Attorney for Plaintiff
205 W. Randolph St., #440
Chicago, Illinois 60606
(312) 443-1331

### PROOF OF SERVICE

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, that the above notice and any attached documents referenced therein were served by [ ] personal delivery and/or [ ] facsimile transmission to facsimile number(s) listed above and/or [ ] email transmission to the email address(es) listed above and/or [X] placing a copy in the U.S. Mail properly addressed and mailed with first class postage prepaid, to the party at the address set forth above on the **24** day of January, 2019, before the hour of 5:00 p.m.

[X] Under penalties as provided by law pursuant to 735 ILCS 5/1-109 I certify that the statements set forth herein are true and correct.

Signature

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

FILED
1/24/2019 10:10 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L011563

| | |
|---|---|
| PILAAR PANTOJA, | ) |
|            Plaintiff, | ) |
| v. | )   No.   2018 L 011563 |
| ANTHONY STACK, | ) |
|            Defendant. | ) |

## MOTION TO DEFAULT

NOW COMES the Plaintiff, PILAAR PANTOJA, by and through her attorneys, **NILSON, STOOKAL, GLEASON & CAPUTO, LTD.**, and respectfully requests this Honorable Court to enter a default order against the Defendant, **ANTHONY STACK**, in support thereof states as follows:

1. That on October 24, 2018, the Plaintiffs filed their Complaint at Law which sounds in negligence. (See attached Exhibit "A").

2. That on November 8, 2018, the Plaintiff served summons on the Defendant, **ANTHONY STACK** via substitute service upon Melissa Stack via Will County Sheriff. (See attached Exhibit "B").

3. That the aforesaid Defendant has failed to appear, answer or otherwise plead to Plaintiffs' Complaint at Law.

4. That attached hereto as Exhibit "C" is the Certificate of Plaintiff's attorney certifying that both the Court file and the computer (register) have been checked, and that neither evidence a responsive pleading having been filed by said Defendant to Plaintiffs' Complaint at Law.

5. That attached hereto as Exhibit "D" is a military affidavit.

WHEREFORE: the Plaintiff, **PILAAR PANTOJA**, respectfully requests this Honorable Court to default the Defendant, **ANTHONY STACK,** for his failure to appear, answer or otherwise plead to Plaintiff's Complaint at Law, and for this matter to be set to a date certain for prove-up damages.

NILSON, STOOKAL, GLEASON & CAPUTO, LTD.

_____
Richard P. Nilson
Attorneys for Plaintiff

#50022
NILSON, STOOKAL, GLEASON & CAPUTO, LTD.
205 W. Randolph
Suite 440
Chicago, Illinois 60606
(312) 443-1331
richardnilson@nsgclaw.com

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT –LAW DIVISION

FILED
10/24/2018 2:51 PM
DOROTHY BROWN
CIRCUIT CLERK,
COOK COUNTY, IL

| | |
|---|---|
| PILAAR PANTOJA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 2018L011563 |
| ANTHONY STACK, | ) |
| Defendant. | ) |

FILED DATE: 1/24/2019 10:10 AM 2018L011563
FILED DATE: 10/24/2018 2:51 PM 2018L011563

## COMPLAINT AT LAW

NOW COMES the Plaintiff, PILAAR PANTOJA, by and through her attorneys, NILSON, STOOKAL, GLEASON & CAPUTO, LTD., and complaining of the Defendant, ANTHONY STACK, states as follows:

1. That on or about October 25, 2016, the Plaintiff, PILAAR PANTOJA, was the operator and had charge and control of a certain motor vehicle which said Plaintiff was operating in an easterly direction along and upon I-55 at or near Harlem Avenue, In the City of Summit, County of Cook, and State of Illinois.

2. That at the aforesaid time and place, the Defendant, ANTHONY STACK, was in the use, possession, operation, and had charge and control of a certain motor vehicle operating in an easterly direction along and upon I-55 at or near Harlem Avenue, in the City of Summit, County of Cook, and State of Illinois.

3. That at the aforesaid time and place the motor vehicle owned and operated by the Defendant, ANTHONY STACK collided with the vehicle of the Plaintiff, PILAAR PANTOJA with great force and violence. The vehicle operated by the Plaintiff, PILAAR PANTOJA was stopped at the time of the accident and Defendant, ANTHONY STACK drove his vehicle into the rearend of Plaintiff's vehicle.

1



Ex A

FILED DATE: 1/24/2019 10:10 AM 2018L011563
FILED DATE: 10/24/2018 2:51 PM 2018L011563

4. That at the aforesaid time and place, the Defendant, ANTHONY STACK owed the Plaintiff, PILAAR PANTOJA the duty to operate, manage, maintain, and control the automobile in her possession in an ordinary and reasonable manner so as not to injure the Plaintiff, PILAAR PANTOJA or damage her property.

5. That notwithstanding said duty as heretofore alleged, the Defendant, ANTHONY STACK was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

a) Failed to keep a proper lookout for traffic then and there upon said roadway;

b) Operated said motor vehicle without brakes adequate to control the movement of and to stop and hold said vehicle;

c) Failed to retain sufficient proper control over said vehicle;

d) Failed to yield the right-of-way to Plaintiff's vehicle;

e) Failed to operate said motor vehicle in a reasonably safe manner so as not to cause injury to Plaintiff;

f) Failed to sound the horn on said vehicle so as to give warning of its approach, in violation of 625 ILCS 5/12-120;

g). Failed to decrease the speed of said vehicle so as to avoid colliding with Plaintiff's vehicle in violation of 625 ILCS 5/11-601;

h). Was otherwise careless and negligent in the operation of his vehicle;

6. That the aforementioned careless and negligent acts and/or omissions of the Defendant, ANTHONY STACK, were a direct and proximate cause of said collision and personal injuries as hereinafter mentioned.

FILED DATE: 1/24/2019 10:10 AM 2018L011563
FILED DATE: 10/24/2018 2:51 PM 2018L011563

7. As a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions, the motor vehicle owned and operated by the Defendant, ANTHONY STACK struck the vehicle of Plaintiff, PILAAR PANTOJA, with great force and violence, and further the motor vehicle of the plaintiff was severely damaged thereby.

8. That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendant, ANTHONY STACK, the Plaintiff, PILAAR PANTOJA, then and there sustained severe and permanent injuries, both externally and internally, and was and will be hindered and prevented from attending to her duties and affairs and has lost, and will in the future lose, the value of that time as aforementioned. The Plaintiff, PILAAR PANTOJA, also suffered great pain and anguish, both in mind and body, and will in the future continue to suffer. The Plaintiff, PILAAR PANTOJA, further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff, PILAAR PANTOJA, asks judgment against the Defendant, ANTHONY STACK, in a sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS plus the costs of this action.

NILSON, STOOKAL, GLEASON & CAPUTO, LTD.

Richard P. Nilson
Attorney for Plaintiff

Richard P. Nilson, Esq.
Nilson, Stookal, Gleason & Caputo, Ltd.,
205 W. Randolph, Suite 440
Chicago, Illinois 60606
312/443-1331
Atty. No. 50022
richardnilson@nsgclaw.com / admin@nsgclaw.com

3

## Will County Sheriff's Office | Affidavit of Service

**Case Number:** 18 L 11563  **Paper Number:** 2018-00013640  ___ Attorney  ___ Pro Se

**Plaintiff:** PILAAR PANTOJA

NILSON STOORAL GLEASON & CAPUTO LTD
205 W RANDOLPH ST
CHICAGO, Illinois 60606

**Defendant:** ANTHONHY STACK

PAID NOV 02 2018 PAID

FILED DATE: 1/24/2019 10:10 AM 2018L011563

### Paper Description

SUMMONS 4223
**Issued:** Wednesday, October 24, 2018
**Expires:** Saturday, November 24, 2018
**Payment:** 59.00

### Attempted Services

| Date | Time | Deputy and I.D.# |
|---|---|---|
| 11/7/18 | 1330 | GUMB 1903 |

### Person To Be Served

ANTHONHY STACK
1017 CONRAD LN
SHOREWOOD, Illinois 60404

**Special Notes:**
SHANNY (815) 530-3341

I certify that I have served the attached Civil Process on the person to be served as follows:

(A) ___ **Personal Service:** By leaving a copy of the ___ Summons/Compaint ___ Rule ___ Order ___ Subpoena ___ Notice ___ Judgment ___ Order of Protection ___ Summons/Petition for Order of Protection ___ Citation ___ Civil/Stalking No Contact Order

(B) ✓ **Substitute Service:** By leaving a copy of the ✓ Summons/Complaint ___ Citation ___ Notice ___ Judgment ___ Order of Possession at the defendant's usual place of abode, with some person of the family or person residing there, of the age of 13 years or upwards, and informing said person of the contents. Also, a copy of the Civil Process was mailed to the defendant at his/her usual place of abode on _____ (Date Only).

(C) ___ **Service On:** ___ Corporation ___ Company ___ Business
By leaving a copy of the ___ Summons/Complaint ___ Citation ___ Rule ___ Order ___ Notice ___ Judgment ___ Subpoena with the registered agent or any officer, or agent of the corporation, or partner or agent of the partnership.

(D) ___ **Other Service:** ___ Certified Mail ___ Posting

(E) ___ **The named defendant was not served:** ___ Moved ___ No Contact ___ Returned by Attorney ___ Expired ___ Not Listed ___ No Such Address ___ Deceased ___ Other Reason (See Remarks)

**Person to Serve:** ANTHONY STACK
**Serving Address:** 1017 CONRAD LN
**Process Served On:** MELISSA STACK  **Relationship:** SPOUSE
**Sex:** F  **M/F Race:** W  **Age Range:** 40
**This** 8 **day of** NOV **20** 18 **Time:** 1510 **hours**
**Sheriff Mike Kelley by:** S. GUMB  **I.D. Number:** 1903
**Remarks:** ___

**Entered By:** KS  **Date Entered:** Friday, November 02, 2018 2:10:59PM
**Date Printed:** Friday, November 2, 2018 - 2:15 pm

Ex B

Page 1 of 1

FILED DATE: 1/24/2019 10:10 AM 2018L011563
FILED DATE: 11/30/2018 2:01 PM 2018L011563
FILED DATE: 10/24/2018 2:51 PM 2018L011563

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served by Mail | 2321 - Served by Mail |
| 2420 - Served by Publication | 2421 - Served by Publication |
| SUMMONS | ALIAS SUMMONS |

FILED
10/24/2018 2:51 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L011563

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

PILAAR PANTOJA,

        Plaintiff,

vs.

ANTHONY STACK,

        Defendant.

NO: 2018 L 011563

**PLEASE SERVE:**
Anthony Stack
1017 Conrad Lane
Shorewood, IL 60404

## SUMMONS

**TO EACH DEFENDANT:**

    YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room 801 Chicago, Illinois 60602), within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED FOR IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

**To the officer:**

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

10/24/2018 2:51 PM DOROTHY BROWN
WITNESS,............................................, 2018

............................................
Clerk of the Court

Nilson, Stookal, Gleason & Caputo, Ltd.
Plaintiff
205 West Randolph
Chicago, IL 60606
(312)443-1331
admin@nsgclaw.com
richardnilson@nsgclaw.com
50022

Date of Service............................, 2018
(To be inserted by officer on copy left
with defendant or other person)

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois

FILED
11/30/2018 2:01 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L011563

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| PILAAR PANTOJA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 2018 L 011563 |
| ANTHONY STACK, | ) ) ) |
| Defendant. | ) |

## NOTICE OF FILING

TO: NO ATTORNEY OF RECORD

YOU ARE HEREBY NOTIFIED that on this 30TH day of NOVEMBER, 2018 we have caused to be filed with the Clerk of the Circuit Court of Cook County, Illinois, the following documents: *Affidavit of Service upon Anthony Stack*; Copies of which are herewith served upon you.

NILSON, STOOKAL, GLEASON & CAPUTO, LTD.

_[signature]_

Attorneys for Plaintiff
205 West Randolph, Suite 440
Chicago, Illinois 60606
(312) 443-1331
Atty No. 50022

## PROOF OF SERVICE

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, that the above notice and any attached documents referenced therein were served by [ ] personal delivery and/or [ ] facsimile transmission to facsimile number(s) listed above and/or [ ] email transmission to the email address(es) listed above and/or [ ] placing a copy in the U.S. Mail properly addressed and mailed with first class postage prepaid, to the party at the address set forth above on the ____ day of November, 2018, before the hour of 5:00 p.m.

[X] Under penalties as provided by law pursuant to 735 ILCS 5/1-109 I certify that the statements set forth herein are true and correct.

Signature: N/A

(5-81) CCCHD-56

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PILAAR PANTOJA

                **Petitioners**        No. 2018 L 011563

v.

ANTHONY STACK,

                **Respondent,**

## CERTIFICATE

I, Richard P. Nilson, Attorney for Plaintiff in this cause do hereby certify that on 1/24/19, I checked the Court file for this case, and on 1/24/19, I checked the register for this case.

I further certify the proof of service of summons shows that the following parties have been served on the dates indicated as follows:

| PARTY* | DATE OF SERVICE |
|---|---|
| Anthony Stack | November 8, 2018 |

I further certify that the only appearances filed of record, were for the following persons and on the dates shown herein:

| PARTY* | DATE OF APPEARANCE |
|---|---|
| NONE | |

and that all other parties to this cause have failed to file their appearance.

Name    Richard P. Nilson
              Attorney for the Plaintiff

Address  205 West Randolph Street, Suite 440

Phone    312/443-1331

*Use additional sheets if necessary.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY**



Ex C

ORDER (Rev. 6/11/02) CCG 0004

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

FILED DATE: 1/24/2019 10:10 AM 2018L011563

PILAAR PANTOJA
_____
        **Plaintiff**

No. 2018 L 011563

ANTHONY STACK
_____
        **Defendant**

### AFFIDAVIT AS TO MILITARY SERVICE

RICHARD P. NILSON _____ on oath states:

With respect to defendant ANTHONY STACK _____

I AM UNABLE TO DETERMINE WHETHER THE DEFENDANT IS _____
 (the defendant is)  (the defendant is not)  (I am unable to determine whether the defendant is)

in the military service of the United States.

  This affidavit is based on these facts:

_____

[ ] Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the above signed certifies that the statement set forth herein are true and correct.

Atty. No.: 50022
Name: Richard Nilson, Nilson Stookal Gleason & Caput
Atty. for: Plaintiff
Address: 205 W. Randolph Street, Suite 440
City/State/Zip: Chicago, IL 60606
Telephone: 312/443-1331

Ex D

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

FILED DATE: 1/24/2019 10:10 AM 2018L011563

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| PILAAR PANTOJA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No.   2018 L 011563 |
| | ) | |
| ANTHONY STACK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS CAUSE COMING TO BE HEARD on Plaintiffs' motion for default order, all parties having been given due notice, the Court being fully advised of the premises and having jurisdiction over the parties and subject matter;

IT IS HEREBY ORDERED AS FOLLOWS:

1. An order of default is hereby entered against Defendant, **ANTHONY STACK**, for failure to appear, answer, or otherwise plead;

2. That this cause is transferred instanter to Room 2005 for prove-up of damages.

3. Plaintiff will give notice instanter of the entry of this default judgement to defendants who have appeared, as well as to the parties against whom default has been entered.

ENTER:

_____        _____
JUDGE                                                                  JUDGE'S NO.

#50022
NILSON, STOOKAL, GLEASON & CAPUTO LTD.
205 West Randolph, Suite 440
Chicago, Illinois   60606
(312) 443-1331
richardnilson@nsgclaw.com